IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sean Keith Shields,<br>　　　　Petitioner,<br>　v.<br>James E. Tilton, Warden,<br>　　　　Respondent. | NO. C 07-00047 JW<br><br>**JUDGMENT** |

Pursuant to the Court's January 5, 2010 Order Denying Petition for Writ of Habeas Corpus, judgment is entered in favor of Respondent James E. Tilton, Warden, against Petitioner Sean Keith Shields.

The Clerk shall close this file.

Dated: January 5, 2010

　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michele Joette Swanson michele.swanson@doj.ca.gov
Victoria H. Stafford staffordv@att.net

**Dated:  January 5, 2010**                                   **Richard W. Wieking, Clerk**

                                           **By:    /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**